```
 1  P.J. ZIMMERMANN
    Chapter 7 Trustee
 2  31566 Railroad Canyon Road #306
    Canyon Lake CA 92587
 3  Telephone (951) 244-8544
    Facsimile (951) 244-8454
 4  Email: pjzimmzimm@aol.com
 5
 6              UNITED STATES BANKRUPTCY COURT
 7              CENTRAL DISTRICT OF CALIFORNIA
 8                    RIVERSIDE DIVISION
```

| | |
|---|---|
| In re | CASE NO. 6:10-14329TD |
| | Chapter 7 |
| JOSE L. CASILLAS and | |
| MARIA A. CASILLAS, | NOTICE OF MOTION BY TRUSTEE |
| | FOR COURT ORDER RE |
| | DETERMINATION AND TURNOVER |
| | OF ESTATE PROPERTY |
| | |
| | DATE: September 2, 2010 |
| | TIME: 11:00 a.m. |
| | CTRM: 225 |
| _____Debtor(s)._____ | |

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN P.J. Zimmermann, the Trustee of the above entitled estate, has scheduled a hearing on September 2, 2010 at 11:00 a.m. in Courtroom 225 of the bankruptcy court located at 3420 Twelfth St., Riverside, California 92501 on a motion for an order re determination and turnover of estate property, namely cash, bank accounts, tax refunds and a 2000 Volvo commercial truck.

FURTHER NOTICE IS GIVEN that any party opposing the Trustee's motion for turnover must file a written opposition with the above-entitled court and serve a copy of said opposition on the Trustee, P.J. Zimmermann, at 3155 Railroad Canyon Road, #306, Canyon Lake, California 92587, no later than fourteen (14) days before the hearing and appear at the hearing pursuant to Local Bankruptcy Rule 9013-1.

Date: 7/19/10

*P.J. Zimmermann*
P. J. Zimmermann, Trustee

| In re: <br> JOSE L. CASILLAS and MARIA A. CASILLAS, <br><br> Debtor(s). | CHAPTER 7 <br><br> CASE NUMBER 6:10-14329TD |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 31566 RAILROAD CANYON ROAD, #306, CANYON LAKE, CA 92587.

A true and correct copy of the foregoing document described <u>NOTICE OF MOTION BY TRUSTEE FOR COURT ORDER RE DETERMINATION AND TURNOVER OF ESTATE PROPERTY</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>July 19, 2010</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

ustpregion16rs.ecf@usdoj.gov
yoshizumir@yahoo.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>JULY 19, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

### SERVICE LIST ATTACHED

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<u>July 19, 2010</u>        DIANA CASTILLO        _/s/ Diana Castillo_
Date                Type Name                Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                        F 9013-3.1

| In re:<br>JOSE L. CASILLAS and MARIA A. CASILLAS,<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 6:10-14329TD |
|---|---|

## MAILING LIST

DEBTORS
JOSE L. CASILLAS
MARIA A. CASILLAS
30088 Hard Rock Dr.
Sun City, CA 92585


Honorable Thomas B. Donovan
U.S. Bankruptcy Court
Edward R. Roybal Federal Bldg and Courthouse
255 E. Temple St., Suite 1352
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 9013-3.1